IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BAHRAM SABER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CV 05-373-HU |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | O R D E R |
| PRESIDENT GEORGE W. BUSH, JR., | ) | |
| STATE OF OREGON'S AGING & | ) | |
| DISABILITY SERVICE, UNITED | ) | |
| STATES OF AMERICA, FORMER | ) | |
| PRESIDENT GEORGE H.W. BUSH, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on May 31, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd.,

700 F.2d 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#7).

IT IS HEREBY ORDERED that the complaint is dismissed. Plaintiff may file an amended complaint within thirty days. If plaintiff fails to do so, this action will be dismissed.

DATED this 23rd day of June, 2005.

    /s/ Garr M. King
GARR M. KING
United States District Judge